UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. BEN BANE,

      Plaintiff,

v.                                        Case No. 8:06-cv-40-T-24 MAP

BREATHE EASY PULMONARY
SERVICES, INC., ET AL.,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court on Plaintiff's motions for amended scheduling order (Doc. No. 93, 97) and Defendant Lincare's opposition thereto (Doc. No. 94). In his motion, Plaintiff requests that the Court extend the deadlines in this case, because he was unable to conduct discovery while the motions to dismiss his complaint were pending. In support of his request, Plaintiff cites Atkins v. McInteer, 470 F.3d 1350, 1359-60 (11th Cir. 2006)(citation omitted).

      Upon consideration, the Court will grant the motion and extend the deadline for discovery until July 1, 2008. All other deadlines will be adjusted, and an amended scheduling order will be issued. However, the Court warns the parties that there will be no further extensions to any of the deadlines in this case. Additionally, the parties will be required to mediate again after conducting discovery.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of February, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge