UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* BEN BANE

    Plaintiff,

v.                                     Case No.   8:06-cv-40-T-33MAP

BREATHE EASY PULMONARY
SERVICES, INC. et al.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon Relator's Unopposed Motion for Voluntary Dismissal of Claims against Defendants Breathe Easy and Premier (Doc. # 272), filed on January 27, 2009, and Lincare's Unopposed Motion for Entry of Final Judgment (Doc. # 274), filed on January 30, 2009.

On January 23, 2009, the Court entered an Order granting summary judgment for Defendants Lincare Holdings, Inc., and Lincare, Inc.  (Doc. # 271).  Relator then filed a motion to dismiss all claims against the Breathe Easy Defendants with prejudice, subject to a mutual release and settlement agreement between Relator and Breathe Easy.  (Doc. # 272).  The motion was made without prejudice to any rights of the United States and the settlement agreement expressly preserved those rights. (Id. at 4-6).  The United States filed its notice of consent to Relator's motion for dismissal on January 30, 2009, thereby complying with

the requirements of 31 U.S.C. § 3730(b)(1) regarding dismissal of qui tam actions.[1]

In addition, the Lincare Defendants have filed an unopposed motion seeking entry of a final judgment regarding Relator's claims against them, in light of this Court's January 23, 2009, Order granting summary judgment. (Doc. # 274). Lincare requests a final judgment under Federal Rule of Civil Procedure 54(b), so that they may immediately file a claim for attorney's fees. (Id. at 1-2). Because all claims against Lincare have previously been dismissed and Relator's claims against the remaining defendants are also subject to voluntary dismissal, it is appropriate to enter final judgment at this time.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Relator's Unopposed Motion for Voluntary Dismissal of Claims against Defendants Breathe Easy and Premier (Doc. # 272) is **GRANTED.**

(2) Lincare's Unopposed Motion for Entry of Final Judgment (Doc. # 274) is **GRANTED.**

(3) All of Relator's claims against Defendants Breathe Easy Pulmonary Services, Inc., and Premier Cardio Pulmonary

---

[1] Pursuant to 31 U.S.C. § 3730(b)(1), civil qui tam actions for violations of Section 3729 "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

      Medical, Inc., are hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

(4) The Clerk is directed to enter final judgment in favor of Defendants Lincare Holdings, Inc., and Lincare, Inc., terminate all pending motions, and administratively close the case.

      **DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>2nd</u> day of February 2009.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record