UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* BEN BANE,

        Plaintiffs,

v.                              Case No. 8:06-CV-00040-T-33MAP

BREATHE EASY PULMONARY
SERVICES, INC.; et al.,

        Defendants.
_____/

## **SATISFACTION**

Whereas, this Court entered a May 27, 2009 Order granting Defendants Lincare Inc. and Lincare Holdings Inc.'s Motion to Enforce Costs (Dkt. 300) and awarding Lincare the sum of $65,053.63 against Relator, Ben Bane. ("Relator").

Whereas, the above-referenced Order has been satisfied by Relator.

Therefore, the Clerk of the of this Court is hereby requested to satisfy and cancel the above-referenced Cost Order.

                                      Respectfully submitted,

                                      /s/ signature

Lawrence P. Ingram (FBN 855510)
E-mail: ingraml@phelps.com
Jessica Kirkwood Alley (FBN 177059)
E-mail: alleyj@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, FL 33602
(813) 472-7550; Fax: (813) 472-7570
*Attorneys for Lincare Holdings Inc. and Lincare Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kevin J. Darken, Esquire
Cohen, Jayson & Foster
201 East Kennedy Blvd., Suite 1000
Tampa, FL 33602

Stephen V. Iglesias, Esq.
Law Office of Stephen V. Iglesias, P.A.
One Urban Centre
4830 W. Kennedy Blvd., Suite 575
Tampa, FL 33609

Lacy R. Harwell, Jr., Esquire
Assistant United States Attorney
400 North Tampa Street, Suite 3200
Tampa, FL 33602

Stanford R. Solomon
The Solomon Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, FL 33606

_____
Attorney

TA.826036